PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

MAR 2 2 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _Northern_ **DISTRICT OF TEXAS**
_Dallas_ **DIVISION**

*Active Duty*
*U.S.M.C. O.C.S. Cadet*
*Mister Felix Lyle Cowan* TDCJ-ID
#02351646

Plaintiff's Name and ID Number

*Texas Department of Criminal Justice ID*
*(Wayne Scott unit) 4 Jester Rd Richmond, Tx*
*77406*

Place of Confinement

*White House Oval Office*
*United States of America*

v.   *MR. President DR. Joe Biden*
*1600 Pennsylvania Avenue North West*
*Washington, District of Columbia 20500*

Defendant's Name and Address
*United States Supreme Court*
*Special Justice Honorable Clearance Thomas*
*One First Street, Washington, District of Columbia*
*20543*

Defendant's Name and Address
*House of Representatives*
*Honorable Rep. (Houston) Rep. Mrs. Sheila Jackson Lee*
*Washington, District of Columbia 20573*

Defendant's Name and Address
( DO NOT USE "ET AL.")

CASE NO._____
(Clerk will assign the number)

**3 - 2 2 C V 0 6 5 9 - X**

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ☑ YES ☐ NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe  the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: ~~June  2019~~

        2.  Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3.  Court: (If federal, name the district; if state, name the county.) _____

        4.  Cause number: _____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition: _____

Rev. 05/15

*To Dept of Crim. Justice ID*
*Wayne Scott Entry*

II.   PLACE OF PRESENT CONFINEMENT: _____

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___ YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:   *Active Duty*

A. Name and address of plaintiff: U.S.M.C. Cadet O.C.S. Felix Lyle Cowan
Tx. Dept. of Crim. Justice I.D #02351646
Richmond, Tx 77406 Wayne Scott unit

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: President of U.S. America DR, Joe Biden
1600 Pennsylvania Ave N.W. Washington, DC 20500

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Judical Misconduct for "Zyprexa") Liability White collar Crime

Defendant #2: Special Justice Honorable Clearence, THOMAS
*United States Supreme Court*
ONE First Street Washington, DC 20543

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
("Bad'Faith") Judical Misconduct in Cowan v. Eli Lilly et al *Prose*

Defendant #3: Representative (Houston) Rep Shiela Jackson Lee *U.S.*
House of Representatives, Washington, DC 20515

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
Wrongful dent White Collar Crime She Represents Intellictual propers Ethnics

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

PRO Se iN "ZYPREXA" Litigation. Settlement Masters
HON. Sen. U.S. District Judge Jack B Wienstien awarded
$197 billion and Adequate means, I haveNt been
sent a check EVER. special Justice C. Thomas Ruley
theg Gave me $5000. Judicial Misconduct How
you Give me $5000 out of $197 billion This case
WAS settled without a trial Eli Lilly et al plead Liable
WRongful death. Eli Lilly et al Never Gave me NO
monies but Ruled They did. WERE the Receipt Records

VI. RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments. Cite no cases or statutes.

Eli Lilly et al settled out court for $197 billion for
PRO Se people I want $197 billion Like Agreed

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

U. S. M. C. OCS Cadet O.S.S Donovan Mr. Felix Lyle Cowan

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Ci0# 0310444   TDC.#594048   TDCJCID# 02357644

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __✓__NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: **MARCH 9 2022**
               DATE

*Active duty*
*U.S. m.C Cadet OC8*
*Felix Lyle Cowan*

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____**9th**____ day of ___**March**___, 20 **22**.
            (Day)                        (month)              (year)

*Active duty*
*U.S.m.C Cadet O.C.S*
*Felix Lyle Cowan*

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15



TEXAS DEPARTMENT OF Criminal Justice
Wayne Scott Unit
#02351646 Felix Lyle Cowan
United States Marine Corps Cadet O.C.S.
Active Duty
4 Jester Road
Richmond, Texas
                                    77404

RECEIVED
MAR 22 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

# 3-22CV0659-X

Honorable Clerk
United States District Court
For the Northern District of Texas
Dallas Division
1100 Commerce Street Room 14A20
Dallas, Texas
                    75201

                    March 9, 2022

                                    Re: Appeal
                                    Cowan vs Eli Lilly eta
                                    $197 billion
                                    Settlement
                                    White Collar Crime

TO THE Honorable Clerk:

   Now come U.S. Marine Corps University Cadet .O.C.S. I am Active duty petty Roster. Could you Please investigate these people Lilly et al said $197 billion was adequate settlement means out of court for Pro Se people. Special Justice G Thomas Pres. Dr Joe Biden. and Sheila Jackson Lee are Adder-in-Abbetts of Bad Faith White Collar Crime behavior!?! Wherefore premise permitts I swear this true and correct.
                    Tauls Felis 8l        U.S.M.C. OCS Cadet



TEXAS Department of Criminal Justice ID
Wayne Scott Unit
#02351646 Felix Lyle Cowan
4 Jester Road
Richmond , TexAS
77406

Reason: White Collar Crooks

TO: The Honorable Clerk
United States District Court
for The Northern District of Texas
Dallas Division
1100 Commerce Street Room 14A20
Dallas , Texas 75201

X-RAY

Legal mail